IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KING LINCOLN BRONZEVILLE NEIGHBORHOOD ASSOCIATION, *ET AL.*, | : | |
| PLAINTIFFS, | : | |
| VS. | : | CASE NO. 2:06-CV-745 |
| J. KENNETH BLACKWELL, *ET AL.*, | : | JUDGE MARBLEY |
| DEFENDANTS. | : | |

## NOTICE OF APPEARANCE

Now come Richard N. Coglianese and Damian W. Sikora and enter their notices of appearance on behalf of Defendant Secretary of State J. Kenneth Blackwell.

    Respectfully submitted,

    Jim Petro
    Attorney General


*/s Richard N. Coglianese*
Richard N. Coglianese (0066830)
Damian W. Sikora (0075224)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-466-2872

## Certificate of Service

This is to certify a copy of the foregoing notice of appearance was served upon all counsel of record by means of the Court's electronic filing system on this 5th day of September, 2006.

                                                    */s Richard N. Coglianese*
                                                    Richard N. Coglianese