# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

KING LINCOLN BRONZEVILLE          :
NEIGHBORHOOD ASSOCIATION, et al.,  :
                                   :
      Plaintiffs,                 :
                                   :          **Judge Algenon L. Marbley**
v.                                 :
                                   :          **Case No. C2 06 745**
J. KENNETH BLACKWELL, et al.,      :
                                   :
      Defendants.                 :

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Larry H. James enters his appearance as lead counsel and Christina L. Corl enters her appearance as co-counsel on behalf of Defendant J. Kenneth Blackwell, Secretary of State for the State of Ohio, individually and in his official capacity. Please direct all future correspondence and communications for Defendant to the undersigned counsel of record.

Respectfully submitted,

**JIM PETRO     (0022096)
ATTORNEY GENERAL OF OHIO**

/S/ Larry H. James
_____

| | |
|---|---|
| **Larry H. James** | **(0021773)** |
| **Christina L. Corl** | **(0067869)** |

Crabbe, Brown & James
500 South Front Street, Suite 1200
Columbus, OH  43215
Tel:     (614) 228-5511
Fax:     (614) 229-4559
e-mail: ljames@cbjlawyers.com
       ccorl@cbjlawyers.com
*Counsel for Defendant J. Kenneth Blackwell*

293745

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all counsel of record via the Court's electronic filing system on the 5th day of September, 2006.

/S/ Larry H. James
**Larry H. James**