IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KING LINCOLN BRONZEVILLE** : | |
| **NEIGHBORHOOD ASSOCIATION, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Case No. 2:06-CV-745 |
| : | |
| **J. KENNETH BLACKWELL, et al.** : | **JUDGE ALGENON L. MARBLEY** |
| : | |
| **Defendants.** : | |

## ORDER

Upon application of plaintiffs, and after considering the arguments of counsel and memoranda of the parties, the Court deems it necessary and appropriate, pursuant to the Court's inherent power, to issue this Order to ensure the preservation of certain evidence. The Court hereby **ORDERS** the Boards of Election for each of the 88 Counties for the State of Ohio forthwith to preserve all ballots from the 2004 Presidential election, on paper or in any other format, including electronic data, unless and until such time otherwise instructed by this Court. Pursuant to O.R.C. §§ 3501.04, 3501.05 and 3501.31, the Secretary of State is hereby **ORDERED** to serve forthwith a copy of this Order upon each county's Board of Elections.

    **IT IS SO ORDERED.**

                                                      s/Algenon L. Marbley
                                                      **ALGENON L. MARBLEY**
                                                      **UNITED STATES DISTRICT JUDGE**

**DATED: September 7, 2006**