IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KING LINCOLN BRONZEVILLE NEIGHBORHOOD ASSOC., *et al.*, | : : |
| Plaintiffs, | : Case No. C2-06-745 |
| vs. | : JUDGE MARBLEY |
| J. KENNETH BLACKWELL, *et al.*, | : MAGISTRATE JUDGE KEMP |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF TRIAL COUNSEL AND CO-COUNSEL, SUBSTITUTION OF TRIAL COUNSEL, AND ADDITION OF CO-COUNSEL**

Undersigned counsel (John S. Marshall, Edward R. Forman, Steven D. Dransfield, Marshall and Morrow LLC, Louis A. Jacobs, William Goodman and the Center for Constitutional Rights) hereby give notice of their withdrawal as counsel in this matter.

Clifford O. Arnbeck, Jr. will be designated as "Trial Counsel for Plaintiffs" for the remainder of this action. Further, plaintiffs will also be represented by Robert J. Fitrakis (0076796), 341 S. Third St., Suite 10, Columbus, OH 43215, 614-253-2571, Fax: 614-224-8082, e-mail: *rfitraki@cscc.edu*.

Dated: Columbus, Ohio
September 19, 2006

Respectfully submitted,

ARNEBECK LAW OFFICE                     MARSHALL AND MORROW LLC

/s/ Clifford O. Arnebeck
Clifford O. Arnebeck, Jr. (0033391)
(*arnebeck@aol.com*)
341 South Third Street, Ste. 10
Columbus, Ohio 43215
(614) 224-8771

/s/ John S. Marshall
John S. Marshall (0015160)
(*marshall@ee.net*)
Trial Counsel for Plaintiffs
Edward R. Forman (0076651)
(*eforman@ee.net*)
Steven D. Dransfield (0080271)
(*sdransfield@ee.net*)
111 West Rich Street, Ste. 430
Columbus, Ohio 43215-5296
(614) 463-9790

OF COUNSEL:

CENTER FOR CONSTITUTIONAL RIGHTS
William Goodman
666 Broadway, 7th fl.
New York, N.Y. 10012
(212) 614 6427

Louis A. Jacobs (0002101) (*LAJOhio@aol.com*)
66871 Rayo del Sol
Desert Hot Springs, CA 92240-1871
(614) 203-1255

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2006, I electronically filed the foregoing Notice of Withdrawal of Counsel, Substitution of Counsel, and Addition of Co-Counsel, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Richard N. Coglianese and Damian W. Sikora, Assistant Attorneys General, Constitutional Offices Section, 30 East Broad Street, 17th Floor, Columbus, Ohio 43215 and Larry H. James and Christina Corl, CRABBE, BROWN & JAMES, 500 South Front Street, Suite 1200, Columbus, Ohio 43215.

/s/ John S. Marshall
John S. Marshall

b091406klb.not wd counsel.wpd