# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KING LINCOLN BRONZEVILLE NEIGHBORHOOD ASSOCIATION, ET AL., : : : Plaintiffs, : : VS. : : J. KENNETH BLACKWELL, ET AL., : : Defendants. : : and : : THE NORTHEAST OHIO COALITION FORE THE HOMELSS, ET AL., : : Plaintiffs, : : v. : : J. KENNETH BLACKWELL, : : Defendant. : | **Combined Case Nos. 06-CV-745 and 06-CV-896** **JUDGE MARBLEY** |

## DEFENDANT BLACKWELL'S NOTICE OF FILING

Please take notice that Defendant Secretary of State J. Kenneth Blackwell has filed the following documents: 1) Secretary of State Directive 2006-78 (attached as Exhibit A) and 2) ElectionOnline.org's Summary of Election Laws by State (attached as Exhibit B).

Respectfully submitted,

JIM PETRO
Attorney General

/s/ *Richard N. Coglianese*
RICHARD N. COGLIANESE (0066830)
DAMIAN W. SIKORA (0075224)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 17th Floor
Columbus, OH 43215-3428
(614) 466-2872
(614) 728-7592 (facsimile)
rcoglianese@ag.state.oh.us
dsikora@ag.state.oh.us

*/s Larry H. James*
Larry H. James (0021773)
Christina L. Corl (0067869)
Crabbe Brown & James
500 South Front Street, 12th Floor
Columbus, Ohio 43215
614-228-5511

*/s William M. Todd*
William M. Todd (0023061)
Benesch, Friedlander, Coplan & Aronoff
88 East Broad Street, 9th Floor
Columbus, Ohio 43215
614-223-9300

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2006, a copy of the foregoing document was sent via hand delivery and/or electronic filing to all counsel in these cases.

                              *Damian W. Sikora*_____
                              Damian W. Sikora