IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

THE NORTHEAST OHIO COALITION
FOR THE HOMELESS and SERVICE
EMPLOYEES INTERNATIONAL
UNION, LOCAL 1199,

    Plaintiffs,

v.

J. KENNETH BLACKWELL,

    Defendant.

Case No. 2:06-cv-896
JUDGE GREGORY L. FROST
Magistrate Judge King

## ORDER

Because the Court has determined that the above-referenced case is related to *King Lincoln Bronzeville Neighborhood Association, et al. v. J. Kenneth Blackwell, et al.* 2:06-CV-745, pending before Judge Marbley and filed on August 31, 2006 prior to the case *sub judice*,

IT IS ORDERED that the above captioned action be transferred from the docket of the Honorable Gregory L. Frost to the docket of the Honorable Algenon L. Marbley.

                                                  GREGORY L. FROST
                                                  UNITED STATES DISTRICT JUDGE

                                                  ALGENON L. MARBLEY
                                                  UNITED STATES DISTRICT JUDGE