**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| King Lincoln Bronzeville Neighborhood Association, et al., | Case No. C2-06-745 |
| Plaintiffs, | Judge Algenon L. Marbley |
| vs. | Magistrate Judge Kemp |
| J. Kenneth Blackwell, et al., | |
| Defendants. | |

### PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANT SAM HOGSETT

Pursuant to Civil Rule 41 (a) (1) (i) Plaintiffs hereby dismiss Defendant Sam Hogsett in this action.

Respectfully submitted,

/s/ Clifford O. Arnebeck, Jr.
Clifford O. Arnebeck Jr.,
Trial Attorney (0033391)
Arnebeck Law Office
341 S. 3rd St., Suite 10
Columbus, OH 43215
614-224-8771
Facsimile: 614-224-8082
E-Mail:Arnebeck@aol.com

Henry Eckhart (0020202)
50 W. Broad St., Suite 2117
Columbus, Ohio 43215
614-461-0984
Facsimile: 614-221-7401
E-Mail: HenryEckhart@aol.com

Attorneys for Plaintiffs

-1-

Of Counsel:
Robert J. Fitrakis (0076796)
341 S. 3rd St. Suite 10
Columbus, OH 43215
614-253-2571
Facsimile: 614-224-8082
E-Mail: truth@ FreePress.org

## **CERTIFICATE OF SERVICE**

    This is to certify service of the foregoing through the court's electronic filing system and upon counsel not currently on that system in this case by electronic mail or parties not currently represented by ordinary mail this 29th day of October 2006.

                                              /s/ Clifford O. Arnebeck, Jr.
                                              Clifford O. Arnebeck, Jr.