```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

King Lincoln Bronzeville         :
Neighborhood Association,
et al.,                          :

        Plaintiffs,               :

   v.                             :   Consol. Case No. 2:06-cv-0745

J. Kenneth Blackwell, in his     :   JUDGE MARBLEY
official capacity as Secretary
of the State of Ohio, et al.,    :

        Defendants,               :

   and                            :

The Northeast Ohio Coalition     :
for the Homeless and Service
Employees International Union,   :
Local 1199,
                                 :
        Plaintiffs,
                                 :
   v.                                Consol. Case No. 2:06-cv-0896
                                 :
J. Kenneth Blackwell, in his         JUDGE MARBLEY
official capacity as Secretary   :
of the State of Ohio,
                                 :
        Defendant.
                              ORDER

     Subodh Chandra has moved for admission pro hac vice to
appear on behalf of plaintiff.  The Court grants the motion
(#46).  However, the attorney who has been admitted shall, if he
or she has not done so already, promptly comply with the Court's
"Electronic Filing Policies and Procedures Manual" for civil
cases, which can be found at the Court's website,
www.ohsd.uscourts.gov.  Specifically, that manual provides that

"all documents submitted for filing in this district ... in civil cases ... shall be filed electronically using the Electronic Filing System ..." unless manual filing is permitted by the manual or unless electronic filing has been excused by the assigned judge. Consequently, all counsel should, if able, register for electronic filing, which also enables counsel to receive electronic notice of case events. The Court may elect to send notices only to local counsel if local counsel, but not pro hac vice counsel, is authorized to receive electronic notices.

                                         /s/ Terence P. Kemp
                                         United States Magistrate Judge