IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| King Lincoln Bronzeville Neighborhood Association, et al., | Case No.: No. C2-06-745 |
| Plaintiffs, | Judge Algenon Marbley |
| vs. | Magistrate Judge Kemp |
| J. Kenneth Blackwell, et al., | |
| Defendants. | |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BLACKWELL'S MOTION TO DISMISS

Plaintiffs move for an extension of 30 days in which to respond to the Defendant Blackwell's Motion to Dismiss.

By: /S/ Clifford O. Arnebeck, Jr.
Clifford O. Arnebeck, Jr. (0033391)
(*arnebeck@aol.com*)
341 South Third Street, Ste. 10
Columbus, Ohio 43215
Phone: (614) 224-8771
Fax: (614) 224-8082
Trial Attorney for Plaintiffs

## MEMORANDUM IN SUPPORT

Plaintiffs hereby request an extension of 30 days in which to respond to the Defendant Blackwell's motion to dismiss to permit them to reassess aspects of the complaint that may be affected by the change of administration in the office of the Secretary of State; and, in deference to scheduling conflicts of plaintiffs' counsel over and immediately following the holidays, including a jury trial in a wrongful death case.

Counsel for Defendant has consented to this request, which if granted would make the plaintiffs' response due by February 5, 2007.

Dated: Columbus, Ohio  
       November 6, 2006

Respectfully Submitted,

By:  /S/Clifford O. Arnebeck, Jr.  
Clifford O. Arnebeck, Jr. (0033391)  
(*arnebeck@aol.com*)  
341 South Third Street, Ste. 10  
Columbus, Ohio 43215  
Phone: (614) 224-8771  
Fax:  (614) 224-8082  
Trial Attorney for Plaintiffs

Henry W. Eckhart (0020202)  
*(henryeckhart@aol.com)*  
50 W. Broad St., #2117  
Columbus, Ohio 43215  
Phone: (614) 461-0984  
Fax:  (614) 221-7401  
Co-Counsel

OF COUNSEL:
Robert J. Fitrakis (0076796)
*(truth@freepress.org)*
341 S. Third St., Ste. 10
Columbus, Ohio 43215
Phone: (614) 253-2571
Fax:    (614) 224-8082

## CERTIFICATE OF SERVICE

This is to certify that the foregoing amended complaint was filed electronically on the 6th day of November 2006 in accordance with the Court's Electronic Filing Guidelines and upon other parties electronically or by US Mail.  Notice of this filing will be sent to Christina Corl, Crabbe, Brown & James, Counsel for Defendant J. Kenneth Blackwell, Ohio Secretary of State, by operation of the Court's Electronic Filing System.

/S/ Clifford O. Arnebeck, Jr.
Clifford O. Arnebeck, Jr.