IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| King Lincoln Bronzeville Neighborhood Association, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 2:06-cv-0745 |
| J. Kenneth Blackwell, et al., | : | JUDGE MARBLEY |
| Defendants. | : | |

ORDER

The plaintiffs have moved for an extension of time in which to respond to defendant Blackwell's motion to dismiss. The motion sets forth good cause for an extension and the motion (#22) is therefore granted. The new date to respond is February 5, 2007.

/s/ Terence P. Kemp
United States Magistrate Judge