# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KING LINCOLN BRONZEVILLE NEIGHBORHOOD ASSOCIATION, et al., : : Plaintiffs, : : v. : : J. KENNETH BLACKWELL, et al., : : Defendants. : | **Judge Algenon L. Marbley** **Case No. C2 06 745** |

## NOTICE OF WITHDRAWAL OF COUNSEL

Notice is hereby given that the undersigned counsel of record withdraw from this case. On January 26, 2007, we were instructed that our services for the Secretary of State were terminated. A copy of that letter is attached as Exhibit A. Please direct all future correspondence and communications on this file as it relates to the Secretary of State to Richard N. Coglianese, Deputy Attorney General, Ohio Attorney General Constitutional Offices Section, 30 East Broad Street, 16th & 17th Floors, Columbus, OH 43215. Attorney Coglianese's telephone number is (614) 466-1803, his fax number is (614) 728-7592, and his email address is rcoglianese@ag.state.oh.us.

Respectfully submitted,

/S/ Larry H. James
**Larry H. James		(0021773)**
**Christina L. Corl		(0067869)**
Crabbe, Brown & James
500 South Front Street, Suite 1200
Columbus, OH  43215
Tel: (614) 228-5511     Fax: (614) 229-4559
e-mail: ljames@cbjlawyers.com
*Counsel for Ohio Secretary of State*

302078

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all counsel of record via the Court's electronic filing system on the 30th day of January, 2007.

/S/ Larry H. James
**Larry H. James**