## In The United States District Court
## For The Southern District Of Ohio, Eastern Division

**King Lincoln Bronzeville
Neighborhood Association,** *et al.,*

      Plaintiffs,

  vs.                                    Case No. 2:06-cv-745

**Jennifer Brunner,** *et al.,*                **Judge Marbley**

      **Defendants.**                    **Magistrate Judge Kemp**

### Joint Motion To Stay All Proceedings Until April 9, 2007

The Plaintiffs and Defendant Ohio Secretary of State Jennifer Brunner[1] jointly move this Court for an order staying all proceedings until April 9, 2007. Secretary Brunner has a desire to attempt to resolve this litigation. The parties hope that a stay will allow them to explore settlement options and are entering those discussions in good faith. Such discussions are also in the public interest and may mean that the parties will be able to save the expense of litigation. This motion is not meant for purposes of delay.

          */s Clifford O. Arnebeck, Jr.*
          Clifford O. Arnebeck Jr. (0033391)
          Trial Attorney
          arnebeck@aol.com
          Robert J. Fitrakis (0076796)
          truth@freepress.org
          1000 East Main Street, Suite 102
          Columbus, Ohio 43215
          614-224-8771

          Henry W. Eckhart (0020202)
          henryeckhart@aol.com
          50 West Broad Street, Suite 2117
          Columbus, Ohio 43215
          614-461-0984
          Counsel for Plaintiffs

---

[1] Secretary of State Jennifer Brunner was inaugurated on January 8, 2007 and, pursuant to Fed. R. Civ. P. 25(d), is automatically substituted as a defendant.

Marc Dann
Attorney General


*/s Richard N. Coglianese*
Richard N. Coglianese (0066830)
rcoglianese@ag.state.oh.us
Trial Attorney
Damian W. Sikora (0075224)
dsikora@ag.state.oh.us
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-466-2872

Counsel for Defendant Secretary of State
Jennifer Brunner

**Certificate of Service**

This is to certify a copy of the foregoing was served upon all counsel of record by means of the Court's electronic filing system on this ___ day of February, 2007.


*/s Richard N. Coglianese*