IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **KING LINCOLN BRONZEVILLE** | : | |
| **NEIGHBORHOOD ASSOCIATION,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | Case No. C2-06-745 |
| | : | |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **JENNIFER BRUNNER,** *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants. | : | |

### ORDER GRANTING JOINT MOTION TO STAY
### ALL PROCEEDINGS UNTIL APRIL 9, 2007

This matter came before the Court by way of the Parties' Joint Motion to Stay All Proceedings Until April 9, 2007. Upon consideration of the Motion, and the Parties' averment that a stay will allow them to explore settlement options, the Court hereby **GRANTS** the requested stay until April 9, 2007.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**United States District Court Judge**

**DATED: February 14, 2007**