In The United States District Court
For The Southern District Of Ohio, Eastern Division

**King Lincoln Bronzeville
Neighborhood Association,** *et al.,*

       Plaintiffs,

  vs.                                       Case No. 2:06-cv-745

**Jennifer Brunner,** *et al.,*                      **Judge Marbley**

       **Defendants.**                      **Magistrate Judge Kemp**

### Joint Motion To Stay All Proceedings Until August 10, 2007

The Plaintiffs and Defendant Ohio Secretary of State Jennifer Brunner jointly move this Court for an order further staying all proceedings until August 10, 2007. Secretary Brunner has a desire to attempt to resolve this litigation. The parties hope that an extension of the stay will allow them to explore settlement options and continue settlement discussions in good faith. Such discussions are also in the public interest and may mean that the parties will be able to save the expense of litigation. This motion is not meant for purposes of delay.

                                                  */s Clifford O. Arnebeck, Jr. /DWS*
                                                  Clifford O. Arnebeck Jr. (0033391)
                                                  Trial Attorney
                                                  arnebeck@aol.com
                                                  Robert J. Fitrakis (0076796)
                                                  truth@freepress.org
                                                  1000 East Main Street, Suite 102
                                                  Columbus, Ohio 43215
                                                  614-224-8771

                                                  Henry W. Eckhart (0020202)
                                                  henryeckhart@aol.com
                                                  50 West Broad Street, Suite 2117
                                                  Columbus, Ohio 43215
                                                  614-461-0984
                                                  Counsel for Plaintiffs

Marc Dann
Attorney General

*/s Richard N. Coglianese*
Richard N. Coglianese (0066830)
rcoglianese@ag.state.oh.us
Trial Attorney
Damian W. Sikora (0075224)
dsikora@ag.state.oh.us
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614-466-2872

Counsel for Defendant Secretary of State
Jennifer Brunner

## Certificate of Service

      This is to certify a copy of the foregoing was served upon all counsel of record by means of the Court's electronic filing system on this 8th day of June, 2007.

                                                          */s Richard N. Coglianese*