# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**King Lincoln Bronzeville
Neighborhood Association,** *et al.,*

        **Plaintiffs,**

  **vs.**

**Jennifer Brunner,** *et al.,*

        **Defendants.**

**Case No. 2:06-cv-745**

**Judge Marbley**

**Magistrate Judge Kemp**

## PLAINTIFFS' MOTION TO CONTINUE STAY OF ALL PROCEEDINGS UNTIL AUGUST 31, 2007

The Plaintiffs move this Court for an order further staying all proceedings until August 31, 2007.

        Respectfully submitted,

        */s Clifford O. Arnebeck, Jr.*
        Clifford O. Arnebeck Jr.
        (0033391)Trial Attorney
        arnebeck@aol.com
        Robert J. Fitrakis (0076796)
        truth@freepress.org
        1000 East Main Street, Suite
        102Columbus, Ohio 43215
        614-224-8771

        Henry W. Eckhart (0020202)
        henryeckhart@aol.com
        50 West Broad Street, Suite
        2117Columbus, Ohio 43215
        614-461-0984
        Counsel for Plaintiffs

## MEMORANDUM IN SUPPORT

This matter has been previously stayed pursuant to joint motions in order to permit the exploration of a settlement of this case in the same time frame in which Secretary of State Jennifer Brunner and Attorney General Mark Dann were exploring the settlement of other election cases filed against the predecessor Ohio Secretary of State Kenneth Blackwell.

The parties in this case have reached a decision point, but vacation and travel schedules require additional time to complete their discussions and report to the court.

Therefore, Plaintiffs request that the stay previously ordered by the court be extended to August 31, 2007.

Respectfully submitted,

*/s Clifford O. Arnebeck, Jr.*
Clifford O. Arnebeck Jr.
(0033391)Trial Attorney
arnebeck@aol.com
Robert J. Fitrakis (0076796)
truth@freepress.org
1000 East Main Street, Suite
102Columbus, Ohio 43215
614-224-8771

Henry W. Eckhart (0020202)
henryeckhart@aol.com
50 West Broad Street, Suite
2117Columbus, Ohio 43215
614-461-0984
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing was served upon all counsel of record by means of the Court's electronic filing system on this 10th day of August 2007.

*/s Clifford O. Arnebeck, Jr.*