IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **KING LINCOLN BRONZEVILLE** | : | |
| **NEIGHBORHOOD ASSOCIATION,** *et al.* | : | |
| | : | |
| Plaintiffs, | : | Case No. C2-06-745 |
| | : | |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **JENNIFER BRUNNER,** *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants. | : | |

### ORDER GRANTING PLAINTIFF'S MOTION TO STAY ALL PROCEEDINGS UNTIL AUGUST 31, 2007

This matter came before the Court by way of Plaintiffs' Motion to Continue Stay of All Proceedings Until August 31, 2007. Upon consideration of the Motion and Plaintiffs' averment that a stay will allow them to complete settlement discussions and report to the Court, the Court hereby **GRANTS** the requested stay until August 31, 2007.

**IT IS SO ORDERED.**

                   s/Algenon L. Marbley
                 **ALGENON L. MARBLEY**
                 **United States District Court Judge**

**DATED: August 15, 2007**