IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**King Lincoln Bronzeville**
**Neighborhood Association,** *et al.,*

      **Plaintiffs,**

  vs.

**Jennifer Brunner,** *et al.,*

      **Defendants.**

**Case No. 2:06-cv-745**

**Judge Marbley**

**Magistrate Judge Kemp**

### PLAINTIFFS' MOTION TO CONTINUE STAY OF ALL PROCEEDINGS UNTIL A STATUS CONFERENCE WITH THE COURT

The Plaintiffs move this Court for an order further staying all proceedings until a status conference is held with the court.

Respectfully submitted,

*/s Clifford O. Arnebeck, Jr.*
Clifford O. Arnebeck Jr. (0033391)Trial Attorney
arnebeck@aol.com
Robert J. Fitrakis (0076796)
truth@freepress.org
1000 East Main Street, Suite 102Columbus, Ohio 43215
614-224-8771

Henry W. Eckhart (0020202)
henryeckhart@aol.com
50 West Broad Street, Suite 2117Columbus, Ohio 43215
614-461-0984
Counsel for Plaintiffs

# MEMORANDUM IN SUPPORT

This matter has been previously stayed pursuant to joint motions in order to permit the exploration of a settlement of this case in the same time frame in which Secretary of State Jennifer Brunner and Attorney General Mark Dann were exploring the settlement of other election cases filed against the predecessor Ohio Secretary of State Kenneth Blackwell.

The Court granted a further stay on motion of the plaintiffs through August 31, 2007, in consideration of vacation and travel schedules. Plaintiffs' counsel requests an extension of the stay until the date that a status conference can be scheduled with the court, by which time the parties may further complete their discussions and report to the court.

Therefore, Plaintiffs request that the stay previously ordered by the court be extended to the date of a status conference to be set by the Court.

Respectfully submitted,

*/s Clifford O. Arnebeck, Jr.*
 Clifford O. Arnebeck Jr. (0033391)Trial Attorney
arnebeck@aol.com
Robert J. Fitrakis (0076796)
1000 East Main Street, Suite 102Columbus, Ohio 43215
614-224-8771

Henry W. Eckhart (0020202)
50 West Broad Street, Suite 2117Columbus, Ohio 43215
614-461-0984

Counsel for Plaintiffs