FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2008 AUG 18 P 3: 34

U S [illegible]
SOUTHERN DIST. OHIO
EAST DIV COLUMBUS

KING LINCOLN, ET AL.

    PLAINTIFFS,

AND

THE OHIO ELECTION JUSTICE CAMPAIGN,
PADDY SHAFFER, MARLYS BARBEE,
VIRGINIA BROOKS, MARK BROWN,
BRUCE DUNCANSON, MARIAN LUPO,
PETER JONES, AND TIMOTHY KETTLER

individually and as CLASS REPRESENTATIVES
under Fed.R.Civ.P. 23,

v.

JENNIFER BRUNNER, ET AL.

    DEFENDANTS.

Civil Action No. C2 06 745

JUDGE ALGENON MARBLEY

MAGISTRATE JUDGE KEMP

**INTERVENOR-PLAINTIFFS OHIO ELECTION JUSTICE CAMPAIGN AND NAMED PLAINTIFFS' SHAFFER, BARBEE, BROOKS, BROWN, DUNCANSON, LUPO, JONES, AND KETTLER REPLY TO PLAINTIFFS' COUNSELS' MOTION TO STRIKE THEIR MOTION FOR INTERVENTION AND CRIMINAL CONTEMPT/GRAND JURY PROCEEDINGS**

## Notice of Correction of Document

- Original Electronic Format (CD) filed on August 13, 2008 was missing three pages, as a result of the store that scanned it.
- The original paper document filed on August 13, 2008 was complete.
- Please use this CD of our filing.

Paddy Shaffer 8/18/2008