## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

**KING LINCOLN BRONZEVILLE**
**NEIGHBORHOOD ASSOCIATION, ET AL.,**

      **PLAINTIFFS,**

  **VS.**

**JENNIFER BRUNNER, ET AL.,**

      **DEFENDANTS.**

**CASE NO. 2:06-CV-745**

**JUDGE MARBLEY**

**MAGISTRATE JUDGE KEMP**

### PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S OPPOSITION TO RELIEF FROM STAY AT THIS TIME

Plaintiffs move to extend by one week the time for them to respond to defendant's opposition to plaintiffs' motion for relief from the stay of this matter.

      Respectfully submitted,

      */s/ Clifford O. Arnebeck, Jr.*
      Clifford O. Arnebeck Jr. (0033391)
      Trial Attorney
      arnebeck@aol.com
      Robert J. Fitrakis (0076796)
      truth@freepress.org
      1000 East Main Street, Suite 102
      Columbus, Ohio 43215
      614-224-8771

      Henry W. Eckhart (0020202)
      henryeckhart@aol.com
      50 West Broad Street, Suite 2117
      Columbus, Ohio 43215
      614-461-0984
      Counsel for Plaintiffs

## MEMORANDUM IN SUPPORT OF MOTION

Plaintiffs request an extension of one week, to August 29, 2008, to reply to defendant secretary of state's opposition to lifting of the stay of this case at this time, in order to more fully and adequately address the mutual vital concerns and interests of the parties in this matter.

Defendant has consented to this request.

                                                  Respectfully submitted,

                                                  */s/Clifford O. Arnebeck, Jr.*
                                                  Clifford O. Arnebeck Jr. (0033391)
                                                  Trial Attorney
                                                  arnebeck@aol.com
                                                  Robert J. Fitrakis (0076796)
                                                  truth@freepress.org
                                                  1000 East Main Street, Suite 102
                                                  Columbus, Ohio 43215
                                                  614-224-8771

                                                  Henry W. Eckhart (0020202)
                                                  henryeckhart@aol.com
                                                  50 West Broad Street, Suite 2117
                                                  Columbus, Ohio 43215
                                                  614-461-0984
                                                  Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing was served upon counsel of record by means of the Court's electronic filing system on this 22nd day of August 2008.

                                                  */s/ Clifford O. Arnebeck, Jr.*