IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

King Lincoln Bronzeville         :
Neighborhood Association,
et al.,                          :

    Plaintiffs,              :

 v.                              :    Case No.  2:06-cv-0745

Kenneth Blackwell, et al.,       :    JUDGE MARBLEY

    Defendants.              :

## ORDER

The plaintiffs have moved for an extension of time in which to file their reply brief in support of their motion for relief from stay.  The motion sets forth good cause for an extension and the motion (#48) is therefore granted.  The new date to file is August 29, 2008.

                                        /s/ Terence P. Kemp
                                        United States Magistrate Judge