IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

**KING LINCOLN BRONZEVILLE**
**NEIGHBORHOOD ASSOCIATION, ET AL.,**

          **PLAINTIFFS,**

    VS.

**JENNIFER BRUNNER, ET AL.,**

          **DEFENDANTS.**

CASE NO. 2:06-CV-745

JUDGE MARBLEY

MAGISTRATE JUDGE KEMP

**PLAINTIFFS' MOTION TO EXTEND TIME TO REPLY TO MOVING
INTERVENORS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE**

Plaintiffs move to extend by three days the time to reply to moving intervenors' response to plaintiffs' motion to strike the pending motion for leave to intervene.

          Respectfully submitted,

          */s/ Clifford O. Arnebeck, Jr.*
          Clifford O. Arnebeck Jr. (0033391)
          Trial Attorney
          arnebeck@aol.com
          Robert J. Fitrakis (0076796)
          truth@freepress.org
          1000 East Main Street, Suite 102
          Columbus, Ohio 43215
          614-224-8771

          Henry W. Eckhart (0020202)
          henryeckhart@aol.com
          50 West Broad Street, Suite 2117
          Columbus, Ohio 43215
          614-461-0984
          Counsel for Plaintiffs

Dockets.Justia.com

## MEMORANDUM IN SUPPORT OF MOTION

Plaintiffs request an extension of three days, to September 5, 2008, to reply to moving intervenors' response to plaintiffs' motion to strike their motion for leave to intervene.

Plaintiffs' trial attorney, because of his competing work load, including preparation of a response to the Defendant's opposition to Plaintiffs' motion for relief from the stay in this case, and a long scheduled out-of-state family summer vacation through the end of August, requires several more days to complete a response.

    Respectfully submitted,

    /s/Clifford O. Arnebeck, Jr.
    Clifford O. Arnebeck Jr. (0033391)
    Trial Attorney
    arnebeck@aol.com
    Robert J. Fitrakis (0076796)
    truth@freepress.org
    1000 East Main Street, Suite 102
    Columbus, Ohio 43215
    614-224-8771

    Henry W. Eckhart (0020202)
    henryeckhart@aol.com
    50 West Broad Street, Suite 2117
    Columbus, Ohio 43215
    614-461-0984
    Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing was served upon counsel of record by means of the Court's electronic filing system and upon the *pro se* moving intervenors by ordinary mail on this 2nd day of September 2008 .

    */s/ Clifford O. Arnebeck, Jr.*