IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

King Lincoln Bronzeville　　　　　　　:
Neighborhood Association,
et al.,　　　　　　　　　　　　　　　　:

　　　　Plaintiffs,　　　　　　　　　　:

　　v.　　　　　　　　　　　　　　　　:　　Case No.　2:06-cv-0745

Kenneth Blackwell, et al.,　　　　　　:　　JUDGE MARBLEY

　　　　Defendants.　　　　　　　　　　:

ORDER

The motion for extension of time requesting a new date of September 8, 2008 by plaintiffs (file doc. #50) was filed without evidence of compliance with Local Civil Rule 7.3 and is therefore denied without prejudice.

　　　　　　　　　　　　　　　　　　/s/ Terence P. Kemp
　　　　　　　　　　　　　　　　　　United States Magistrate Judge