```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF OHIO
                            EASTERN DIVISION
```

King Lincoln Bronzeville           :
Neighborhood Association,
et al.,                            :

        Plaintiffs,                :

    v.                             :    Case No.  2:06-cv-0745

Kenneth Blackwell, et al.,         :    JUDGE MARBLEY

        Defendants.                :

                                 ORDER

    The motion for extension of time requesting a new date of September 5, 2008 by plaintiffs (file doc. #51) was filed without evidence of compliance with Local Civil Rule 7.3 and is therefore denied without prejudice.


                                        /s/ Terence P. Kemp
                                        United States Magistrate Judge