IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

King Lincoln Bronzeville      :
Neighborhood Association,
et al.,                       :

    Plaintiffs,           :

  v.                          :     Case No.  2:06-cv-0745

Kenneth Blackwell, et al.,    :     JUDGE MARBLEY

    Defendants.           :

## ORDER

    The plaintiffs have moved for an extension of time in which to file a reply memorandum in support of their motion for relief from stay.  The motion sets forth good cause for an extension and the motion (#53) is therefore granted.  The new date to file a reply memorandum is September 10, 2008.

                                    /s/ Terence P. Kemp
                                    United States Magistrate Judge