IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

King Lincoln Bronzeville            :
Neighborhood Association,
et al.,                             :

        Plaintiffs,                 :

    v.                              :    Case No.  2:06-cv-0745

Kenneth Blackwell, et al.,          :    JUDGE MARBLEY

        Defendants.                 :

ORDER

The plaintiffs have moved for an extension of time in which to file a reply memorandum in support of their motion to strike. The motion sets forth good cause for an extension and the motion (#55) is therefore granted. The new date to file a reply memorandum is September 8, 2008.

/s/ Terence P. Kemp
United States Magistrate Judge