```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

King Lincoln Bronzeville           :
Neighborhood Association,
et al.,                            :

        Plaintiffs,                :

    v.                             :    Case No. 2:06-cv-0745

Kenneth Blackwell, et al.,         :    JUDGE MARBLEY

        Defendants.                :

<u>ORDER</u>

    The plaintiffs have moved for an extension of time in which to file a reply brief in support of their motion for relief from stay. The motion sets forth good cause for an extension and the motion (#59) is therefore granted. The new date to file is September 16, 2008. No further extensions will be granted.

                                                    /s/ Terence P. Kemp
                                                  United States Magistrate Judge