# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

**KING LINCOLN BRONZEVILLE**
**NEIGHBORHOOD ASSOCIATION, ET AL.,**

       **PLAINTIFFS,**

**VS.**

**JENNIFER BRUNNER, ET AL.,**

       **DEFENDANTS.**

**CASE NO. 2:06-CV-745**

**JUDGE MARBLEY**

**MAGISTRATE JUDGE KEMP**

## PLAINTIFFS' MOTION FOR LEAVE TO REPLY TO DEFENDANT'S OPPOSITION TO RELIEF FROM STAY

Plaintiffs move for leave to file, on September 17, 2008, their reply to defendant's opposition to plaintiffs' motion for relief from the stay of this matter.

       Respectfully submitted,

       */s/ Clifford O. Arnebeck, Jr.*
       Clifford O. Arnebeck Jr. (0033391)
       Trial Attorney
       arnebeck@aol.com
       Robert J. Fitrakis (0076796)
       truth@freepress.org
       1021 East Broad Street
       Columbus, Ohio 43215
       614-224-8771

       Henry W. Eckhart (0020202)
       henryeckhart@aol.com
       50 West Broad Street, Suite 2117
       Columbus, Ohio 43215
       614-461-0984
       Counsel for Plaintiffs

# MEMORANDUM IN SUPPORT OF MOTION

Due to the disruption of the availability of plaintiffs' counsel's office, because of the power outage in Columbus from late Sunday, September 14 afternoon through the afternoon of today, September 17, and conflicting demands on the time of plaintiff's expert Stephen Spoonamore who was in Atlanta, Georgia all this week, plaintiffs' counsel was unable to complete filing of plaintiffs' reply in this matter on September 16th.  Plaintiff's counsel requests leave to file plaintiffs' reply, with supporting attachments, one day late, this 17th day of September 2008.

Defendant Secretary of State does not object to the granting of this request for leave to file late, in these circumstances.

Wherefore, plaintiffs submit that their unopposed request for additional time for their reply is in the interest of justice and should be granted.

> Respectfully submitted,
>
> /s/Clifford O. Arnebeck, Jr.
> Clifford O. Arnebeck Jr. (0033391)
> Trial Attorney
> arnebeck@aol.com
> Robert J. Fitrakis (0076796)
> truth@freepress.org
> 1000 East Main Street, Suite 102
> Columbus, Ohio 43215
> 614-224-8771
>
> Henry W. Eckhart (0020202)
> henryeckhart@aol.com
> 50 West Broad Street, Suite 2117
> Columbus, Ohio 43215
> 614-461-0984

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

This is to certify a copy of the foregoing was served upon counsel of record by means of the Court's electronic filing system on this 17th day of September 2008.

*/s/ Clifford O. Arnebeck, Jr.*