IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

King Lincoln Bronzeville             :
Neighborhood Association,
et al.,                              :

    Plaintiffs,                     :

  v.                                  :   Case No.  2:06-cv-0745

Kenneth Blackwell, et al.,           :   JUDGE MARBLEY

    Defendants.                     :

## ORDER

    The plaintiffs have moved for a one-day extension of time to file their reply brief in support of their motion for relief from stay.  The motion sets forth good cause for an extension and the motion (#63) is therefore granted.

                                          /s/ Terence P. Kemp
                                          United States Magistrate Judge