**In The United States District Court**
**For The Southern District of Ohio, Eastern Division**

| | |
|---|---|
| **King Lincoln Bronzeville Neighborhood Association,** *et al.,* | |
| Plaintiffs, | |
| vs. | Case No. 2:06-cv-745 |
| **Jennifer Brunner,** *et al.,* | Judge Marbley |
| Defendants. | Magistrate Judge Kemp |

### AGREED ORDER

On motion of the plaintiffs and agreement of the defendant Secretary of State Jennifer Brunner, the stay in this matter is lifted for the sole purpose of permitting the plaintiffs to take the deposition of Michael Connell and any other witnesses whose testimony, in the judgment of these parties, may be warranted based upon the deposition of Michael Connell.

/s/ Terence P. Kemp
United States Magistrate Judge

Approved:

*/s Clifford O. Arnebeck, Jr.*
Clifford O. Arnebeck Jr. (0033391)
Trial Attorney for Plaintiffs

Nancy Rogers
Attorney General

*/s Richard N. Coglianese* /*COA*
Richard N. Coglianese (0066830)
Trial Attorney for Secretary of State Jennifer Brunner

1

## CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing was served upon counsel of record by means of the Court's electronic filing system on this 19th day of September 2008.

*/s/ Clifford O. Arnebeck, Jr.*