**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KING-LINCOLN BRONZEVILLE** | : | |
| **NEIGHBORHOOD ASSN., ET AL.,** | : | |
| | : | **CASE NO. 2:06-cv-746** |
| **Plaintiffs,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **MAG. JUDGE TERRENCE KEMP** |
| **OHIO SECRETARY OF STATE** | : | |
| **JENNIFER BRUNNER, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTY MICHAEL CONNELL,**
**NEW MEDIA COMMUNICATIONS AND GOVTECH SOLUTIONS**

Now comes James L. Ervin, Jr., J. Allen Jones, III and Jeremy Gilman, of the law firm of Benesch, Friedlander, Coplan & Aronoff, LLP, and hereby enter their appearance as counsel of record for Non-Party Michael Connell, New Media Communications and Govtech Solutions in the above-captioned matter. The undersigned respectfully request of the Court, and notifies the Clerk of Courts, that all pleadings, orders, and correspondence regarding this action should be directed to the attention of the attorneys of record for Non-Party Michael Connell, New Media Communications and Govtech Solutions at the following addresses:

> JAMES L. ERVIN, JR.
> J. ALLEN JONES, III
> Benesch Friedlander Coplan & Aronoff LLP
> 41 S. High Street, Suite 2600
> Columbus, Ohio 43215
>
> JEREMY GILMAN
> Benesch Friedlander Coplan & Aronoff LLP
> 2300 BP Tower, 200 Public Square
> Cleveland, Ohio 44114

Please henceforth direct all pleadings, notices, correspondence and filings in this matter to the undersigned counsel.

Respectfully submitted.

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**

/s/ James L. Ervin, Jr.
JAMES L. ERVIN, JR.  (#0067016)
J. ALLEN JONES, II  (#0072397)
41 South High Street, Suite 2600
Columbus, Ohio 43215
Telephone:     (614) 223-9325
Facsimile:     (614) 223-9330
E-mail:        Jervin@bfca.com
E-mail: Ajones@bfca.com

JEREMY GILMAN  (#0014144)
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone:     (216) 363-4500
Facsimile:     (216) 363-4588
E-mail: Jgilman@bfca.com

*Counsel for Michael Connell*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly via electronic mail through the Court's ECF System to all parties to this action, this the 25th day of September, 2008.

/s/ James L. Ervin, Jr.
James L. Ervin, Jr.  (#0067016)
J. Allen Jones, III  (#0072397)
Jeremy Gilman  (#0014144)
*Counsel for Michael Connell*