# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

**KING LINCOLN BRONZEVILLE**
**NEIGHBORHOOD ASSOCIATION, ET AL.,**

      **PLAINTIFFS,**

**VS.**

**JENNIFER BRUNNER, ET AL.,**

      **DEFENDANTS.**

**CASE NO. 2:06-CV-745**

**JUDGE MARBLEY**

**MAGISTRATE JUDGE KEMP**

## PLAINTIFFS' RESPONSE TO NON-PARTY MICHAEL CONNELL'S MOTION TO QUASH PLAINTIFFS' SUBPOENA ISSUED ON SEPTEMBER 22, 2008

Plaintiffs have agreed to withdraw the subpoena issued on September 22, 2008, from this court for a deposition in Akron on September 25, 2008, in favor of a new subpoena issued from the Northern District, in accordance with Rule 45(a)(2)(B) and for the convenience of the deponent.

    Respectfully submitted,
    */s/Clifford O. Arnebeck, Jr.*
    Clifford O. Arnebeck Jr. (0033391)
    Trial Attorney
    arnebeck@aol.com
    Robert J. Fitrakis (0076796)
    truth@freepress.org
    1000 East Main Street, Suite 102
    Columbus, Ohio 43215
    614-224-8771

    Henry W. Eckhart (0020202)
    henryeckhart@aol.com
    50 West Broad Street, Suite 2117
    Columbus, Ohio 43215
    614-461-0984
    Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      This is to certify a copy of the foregoing was served upon counsel of record by means of the Court's electronic filing system on this 7th day of October 2008.

                                                  */s/ Clifford O. Arnebeck, Jr.*