## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **KING-LINCOLN BRONZEVILLE** : | |
| **NEIGHBORHOOD ASSN., ET AL.,** : | |
| : | **CASE NO. 2:06-cv-746** |
| **Plaintiffs,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| **v.** : | |
| : | **MAG. JUDGE TERRENCE KEMP** |
| **OHIO SECRETARY OF STATE** : | |
| **JENNIFER BRUNNER, ET AL.,** : | |
| : | |
| **Defendants.** : | |

### NOTICE OF FILING

Now comes, Michael Connell, by and through his counsel, and hereby notifies this Honorable Court of the filing of his Motion to Quash the Civil Subpoena issued by Plaintiffs King-Lincoln Bronzeville Neighborhood Assn, et al. ("Plaintiffs"). This matter originated and is on the active docket of Judge Algenon L. Marbley in the United States District Court for the Southern District of Ohio, Eastern Division. Mr. Connell filed his Motion to Quash on Monday, October 14, 2008, in the Southern District after serving Plaintiffs, by and through their counsel, written objections as to the Subpoena. [Doc. No. 72] The same Motion to Quash was filed on October 17, 2008 in the Northern District which is the judicial district where the Subpoena was issued and originated. *See* attached Exhibit A.

Respectfully submitted:

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**

/s/ James L. Ervin, Jr.
JAMES L. ERVIN, JR. (#0067016)
J. ALLEN JONES, II (#0072397)
41 South High Street, Suite 2600
Columbus, Ohio 43215
(614) 223-9325
E-mail: Jervin@bfca.com
E-mail: Ajones@bfca.com

JEREMY GILMAN (#0014144)
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
E-mail: Jgilman@bfca.com

*Counsel for Michael Connell*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served via electronic mail via the Court's ECF Notification System and/or via ordinary mail to all *pro se* parties, this the 17th day of October, 2008.

/s/ James L. Ervin, Jr.
Jeremy Gilman (#0014144)
James L. Ervin, Jr. (#0067016)
J. Allen Jones, III (#0072397)
*Counsel for Michael* Connell