IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

**KING LINCOLN BRONZEVILLE**
**NEIGHBORHOOD ASSOCIATION, ET AL.,**

    **PLAINTIFFS,**

  VS.

**JENNIFER BRUNNER, ET AL.,**

    **DEFENDANTS.**

**CASE NO. 2:06-CV-745**

**JUDGE MARBLEY**

**MAGISTRATE JUDGE KEMP**

### PLAINTIFFS' RESPONSE TO NONPARTY MICHAEL CONNELL'S OCTOBER 14, 2008, MOTION TO QUASH PLAINTIFFS' OCTOBER 8, 2008 SUBPOENA OF MICHAEL CONNELL, ISSUED FROM THE NORTHERN DISTRICT OF OHIO

On October 8, 2008, Plaintiffs issued a new subpoena to Michael Connell <u>from the Northern District of Ohio</u>, in accordance with Rule 45(a)(2)(B) and for the convenience of the deponent. The subpoena is attached as Exhibit B to Connell's Motion to Quash filed in this court on October 14, 2008.

The Northern District of Ohio, as the issuing court, has exclusive jurisdiction over objections and enforcement of Plaintiffs' October 8, 2008, subpoena. Moore's Federal Practice 3D § 45.11[1][b] and *In re Digital Equipment Corp*., 949 F.2d 228, 231 (8th Cir. 1991). On October 17, 2008, Michael Connell filed notice with this court that he had moved to quash the Plaintiffs' October 8, 2008 subpoena before the Northern District of Ohio Court.

On October 31, 2008, at an expedited hearing on motion of Plaintiffs, U.S. District Judge

1

Solomon Oliver denied the motion to quash and ordered the deposition to proceed on November 3, 2008. A copy of the minutes of Judge Oliver's order is attached hereto as "Exhibit A." Michael Connell's deposition was taken by the plaintiffs on November 3, 2008.

Wherefore, Michael Connell's motion to quash filed in this court should be deemed superceded by its filing in the Northern District of Ohio, and moot by virtue of its denial by that court and the fact that the deposition has now been taken.

Respectfully submitted,<br>
/s/Clifford O. Arnebeck, Jr.<br>
Clifford O. Arnebeck Jr. (0033391)<br>
Trial Attorney<br>
arnebeck@aol.com<br>
1021 East Broad Street<br>
Columbus, Ohio 43215<br>
614-224-8771<br>
<br>
Robert J. Fitrakis (0076796)<br>
truth@freepress.org<br>
1021 East Broad Street<br>
Columbus, Ohio 43215<br>
614-224-8771<br>
<br>
Henry W. Eckhart (0020202)<br>
henryeckhart@aol.com<br>
50 West Broad Street, Suite 2117<br>
Columbus, Ohio 43215<br>
614-461-0984<br>
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing was served upon counsel of record by means of the Court's electronic filing system on this 4th day of November 2008.

/s/ Clifford O. Arnebeck, Jr.