IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

King Lincoln Bronzeville            :
Neighborhood Association,
et al.,                             :

     Plaintiffs,                  :

 v.                                 :    Case No. 2:06-cv-0745

Kenneth Blackwell, et al.,          :    JUDGE MARBLEY

     Defendants.                  :

<u>ORDER</u>

    The State of Ohio has filed an unopposed motion to intervene pursuant to Fed. R. Civ. P. 24(a) and (b) and 28 U.S.C. §2403(b) to defend the constitutionality of Ohio's voter identification laws, Ohio Rev. Code §3501.01, <u>et</u> <u>seq.</u>. The motion sets forth good cause and the motion (#11) is therefore granted. The Clerk shall detach and file the answer attached to the motion.

                                        <u>/s/ Terence P. Kemp</u>
                                        United States Magistrate Judge