IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

KING LINCOLN BRONZEVILLE
NEIGHBORHOOD ASSOCIATION, ET AL.,

      PLAINTIFFS,

VS.

JENNIFER BRUNNER,
OHIO SECRETARY OF STATE, ET AL.,

      DEFENDANTS.

CASE NO. 2:06-CV-745

JUDGE MARBLEY

MAGISTRATE JUDGE KEMP

**PLAINTIFFS' NOTICE OF SUBMISSION UNDER SEAL OF THE DYING DECLARATION OF JOHN CAYLOR**

Plaintiffs' hereby give notice of the submission under seal of the dying declaration of John Caylor, for use as evidence in this and any other court after the death of this material witness to the civil rights conspiracy alleged in the plaintiffs' complaint.

                              Respectfully submitted,
                              */s/Clifford O. Arnebeck, Jr.*
                              Clifford O. Arnebeck Jr. (0033391)
                              Trial Attorney
                              Arnebeck@aol.com
                              Robert J. Fitrakis (0076796)
                              truth@freepress.org
                              1021 East Broad Street
                              Columbus, Ohio 43205
                              614-224-8771

                              Henry W. Eckhart (0020202)
                              henryeckhart@aol.com
                              50 West Broad Street, Suite 2117
                              Columbus, Ohio 43215
                              614-461-0984
                              Counsel for Plaintiffs

1

## CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing was served upon counsel of record by means of the Court's electronic filing system on this 18th day of March 2008.

*/s/ Clifford O. Arnebeck, Jr.*