8137 W. Sharps Ridge Road
McConnelsville, OH 43756
March 18, 2009



Mr. James Bonini, Clerk of Court
Joseph P. Kinneary U.S. Courthouse, Room 260
85 Marconi Blvd.
Columbus, OH 43215

Re: King Lincoln, et al. v. Brunner, et al., CV 06-0745 (Marbley, J.)

Dear Mr. Bonini,

I am writing on behalf of the *pro se* litigant group in the above case. I was directed to you by the judge's law clerk, whom I spoke with today.

Last week, two members of our *pro se* litigant group saw an entry on the Moritz law web site which indicated that Judge Marbley had made a decision regarding our being allowed to intervene in the above case.

However, none of the eight pro se litigants have, as of this date, received any decision by mail which is necessary because not all of the litigants have internet. Apparently, the newspapers have received this decision even before any of our members were aware of it.

Our understanding is that we have a certain period of time to respond to decisions, yet without notification, we question the information on the Moritz law web site and our being held to any response date requirement.

Kindly advise or help.

Respectfully,

*Marlys J Barbee*

Marlys J. Barbee
740-962-2741

cc: Hon. Algenon Marbley, U.S. District Court Judge
     for the Southern District of Ohio
    Joseph P. Kinneary U.S. Courthouse, Room 260
    85 Marconi Blvd.
    Columbus, Ohio 43215

    Richard W. Coglianese
    Damian W. Sikora
    Ohio Attorney General Richard Cordray
    Constitutional Offices Section
    30 East Broad Street, 17th Floor
    Columbus, Ohio 43215

    Clifford O. Arnebeck, Jr.
    Robert J. Fitrakis
    1021 East Broad Street
    Columbus, Ohio 43215

    Henry W. Eckhart
    50 W. Broad Street, Suite 2117
    Columbus, Ohio 43215