# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

KING LINCOLN, ET AL.

    PLAINTIFFS,

AND

**Civil Action No. C2 06 745**

THE OHIO ELECTION JUSTICE CAMPAIGN,
PADDY SHAFFER, MARILYS BARBEE,
VIRGINIA BROOKS, MARK BROWN,
BRUCE DUNCANSON, MARIAN LUPO,
PETER JONES, TIMOTHY KETTLER,

**JUDGE ALGENON MARBLEY**

**MAGISTRATE JUDGE KEMP**

individually and as CLASS REPRESENTATIVES
under Fed.R.Civ.P. 23,

v.

J. KENNETH BLACKWELL, ET AL.,

    DEFENDANTS,

AND

THE STATE OF OHIO,

    INTERVENOR-DEFENDANT.

## PROPOSED INTERVENORS-PLAINTIFFS OHIO ELECTION JUSTICE CAMPAIGN AND NAMED PLAINTIFFS' SHAFFER, BARBEE, BROOKS, BROWN, DUNCANSON, LUPO, JONES, AND KETTLER MOTION FOR FILING DOCUMENT UNDER SEAL

Pursuant to S. D. Ohio Civ. R. 79.3(a), the Proposed Intervenors move to file Ex. E, affirmation in support of their Motion for Reconsideration, under seal. Proposed

1

Intervenors submit this newly discovered evidence for filing under seal pursuant to the witness's request.

Dated: March 27, 2009

Respectfully submitted,

*Paddy Shaffer*

**Paddy** Shaffer, *Pro Se*
2408 Sonnington Drive
Dublin, Ohio 43016
614-266-5283
paddy@columbus.rr.com

Respectfully submitted,

*Marilyn J Barbee*

Marilyn J. Barbee, Pro Se
8137 W. Sharps Ridge Road
McConnelsville, OH 43756
740-962-2741
mjbarbee@emypeople.net

Dated: March 27, 2009

Dated: March 27, 2009

Respectfully submitted,

*Virginia Brooks*

Virginia Brooks, *Pro Se*
1196 Twp. Rd. 2116
Ashland, Ohio 44805
419-685-0299
vareforms1@bright.net

Dated: March 27, 2009

Respectfully submitted,

*Mark P Brown*

Mark Brown, *Pro Se*
83 Hanford Street
Columbus, Ohio 43206
614-449-1989

Dated: March 27, 2009

Respectfully submitted,

Bruce Duncanson, *Pro Se*
947 E. Weber Road
Columbus, Ohio 43211
bruce@redpeacecross.com
614-747-4533

Dated: March 27 2009

Respectfully submitted,

*Marian Lupo*

Marian Lupo, *Pro Se*
310 S. Eureka Avenue
Columbus, Ohio 43204
marianlupo90@msn.com
614-276-0948

Dated: March 27, 2009

Respectfully submitted,

Peter Jones, Ph.D., *Pro Se*
4098 Wagner Rd.
Dayton, OH 45440
937-320-9680
peter@poetics.org

Dated March 27, 2009

Respectfully submitted,

*Timothy Kettler*

Timothy Kettler, *Pro Se*
29674 Township Road 30
Warsaw, Ohio 43844
740-502-6453
tmkettler@aol.com

## Certificate of Service

I hereby certify that on March 27, 2009, the foregoing Motion to File Document Under Seal was filed on paper in person with the clerk of court pursuant to U.S. District Court, S.D.Ohio local Civil Rule 5.1( c). A true copy of this motion was sent by regular mail to the following counsel of record:

Clifford O. Arnebeck, Jr.
Robert J. Fitrakis
1000 East Main Street, Suite 102
Columbus, Ohio 43215

Henry W. Eckhart
50 West Broad Street, Suite 2117
Columbus, Ohio 43215
Counsel for Plaintiffs

Richard W. Coglianese, Trial Attorney
Damian W. Sikora, Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
Counsel for Defendants

Sharon A. Jennings
Senior Deputy Attorney General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
Counsel for Intervenor-Defendant State of Ohio

s/ Paddy Shaffer

Paddy Shaffer
2408 Sonnington Drive
Dublin, Ohio 43016
(614) 266-5283