IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

King Lincoln Bronzeville  :
Neighborhood Association,
et al.,                   :

    Plaintiffs,      :

  v.                      :    Case No. 2:06-cv-0745

Kenneth Blackwell, et al., :    JUDGE MARBLEY

    Defendants.      :

## ORDER

Proposed intervenors The Ohio Election Justice Campaign, Paddy Shaffer, Marilys Barbee, Virginia Brooks, Mark Brown, Bruce Duncanson, Marian Lupo, Peter Jones, and Timothy Kettler have moved to file Exhibit E to their Motion for Reconsideration under seal. The exhibit is described as an affirmation that allegedly constitutes newly discovered evidence. The only basis which the proposed intervenors assert for the motion to seal is the declarant's request. This statement by itself does not overcome the strong common law presumption in favor of public access to court documents. See Brown & Williamson Tobacco Corp. v. Federal Trade Comm'n, 710 F.2d 1165, 1179 (6th Cir. 1983). For this reason, the Court denies the motion to seal (#82) without prejudice.

                              /s/ Terence P. Kemp
                              United States Magistrate Judge