IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

**KING LINCOLN BRONZEVILLE**
**NEIGHBORHOOD ASSOCIATION, ET AL.,**

        **CASE NO. 2:06-CV-745**

      **PLAINTIFFS,**

        **JUDGE MARBLEY**

   **VS.**

        **MAGISTRATE JUDGE KEMP**

**JENNIFER BRUNNER, ET AL.,**

      **DEFENDANTS.**

## PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO MOVING INTERVENORS' MOTION FOR RECONSIDERATION

Plaintiffs move to extend by one week, to Friday, April 24, 2009, the time to respond to moving intervenors' motion for reconsideration of the court's denial of their motion to intervene as plaintiffs.

                Respectfully submitted,

                */s/ Clifford O. Arnebeck, Jr.*
                Clifford O. Arnebeck Jr. (0033391)
                Trial Attorney
                arnebeck@aol.com
                Robert J. Fitrakis (0076796)
                truth@freepress.org
                1000 East Main Street, Suite 102
                Columbus, Ohio 43215
                614-224-8771

                Henry W. Eckhart (0020202)
                henryeckhart@aol.com
                50 West Broad Street, Suite 2117
                Columbus, Ohio 43215
                614-461-0984
                Counsel for Plaintiffs

# MEMORANDUM IN SUPPORT OF MOTION

Plaintiffs' trial attorney, had intended to respond to the pending motion for reconsideration with a general motion to strike the extensive hearsay evidence, originating from unidentified sources, offered in the declarations attached to that motion. However, his co-counsel have persuaded him that, because of the defamatory nature of that material and the broad interest in this case among the public, all of the defamatory assertions should be specifically countered with admissible evidence. Counsel require an additional week to prepare this material.

The undersigned counsel requested the consent of the moving intervenor plaintiffs through Ms. Lupo and Ms. Shaffer this 17th day of April. Ms. Shaffer indicated she was not agreeable to the request but would check with the other *pro se* members of her group and get back. She has not gotten back, but counsel believes, based upon their past practice of withholding consent to requested extensions, that consent will not be given in this instance.

Wherefore, the requested extension is in the interest of the efficient administration of justice on the merits and should be granted.

Respectfully submitted,

 */s/Clifford O. Arnebeck, Jr.*
Clifford O. Arnebeck Jr. (0033391)
Trial Attorney
arnebeck@aol.com
Robert J. Fitrakis (0076796)
truth@freepress.org
1000 East Main Street, Suite 102

Columbus, Ohio 43215
614-224-8771

Henry W. Eckhart (0020202)
henryeckhart@aol.com
50 West Broad Street, Suite 2117
Columbus, Ohio 43215
614-461-0984
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

    This is to certify a copy of the foregoing was served upon counsel of record by means of the Court's electronic filing system and upon the *pro se* moving intervenors by ordinary mail on this 17th day of April 2009 .

*/s/ Clifford O. Arnebeck, Jr.*