IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

King Lincoln Bronzeville        :
Neighborhood Association,
et al.,                         :

    Plaintiffs,             :

  v.                              :   Case No. 2:06-cv-745

J. Kenneth Blackwell, et al.,   :   JUDGE MARBLEY

    Defendants.             :

## ORDER

Plaintiffs have moved for an extension of time in which to file a response to the motion for reconsideration. The motion sets forth good cause for an extension and the motion (#84) is therefore granted. The new date to file is April 24, 2009.

                                          /s/ Terence P. Kemp
                                          United States Magistrate Judge