## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

**KING LINCOLN BRONZEVILLE**
**NEIGHBORHOOD ASSOCIATION, ET AL.,**

      **PLAINTIFFS,**

   **VS.**

**JENNIFER BRUNNER,**
**OHIO SECRETARY OF STATE, ET AL.,**

      **DEFENDANTS.**

**CASE NO. 2:06-CV-745**

**JUDGE MARBLEY**

**MAGISTRATE JUDGE KEMP**

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY

Plaintiffs' move for leave to file a surreply in this matter because of the new matters raised by moving intervenors in their reply to plaintiffs' memorandum *contra* their motion for reconsideration. A surreply, *instanter*, is attached as Attachment 1 hereto.

          Respectfully submitted,
          /s/Clifford O. Arnebeck, Jr.
          Clifford O. Arnebeck Jr. (0033391)
          Trial Attorney
          Arnebeck@aol.com
          Robert J. Fitrakis (0076796)
          truth@freepress.org
          1021 East Broad Street
          Columbus, Ohio 43205
          614-224-8771

          Henry W. Eckhart (0020202)
          henryeckhart@aol.com
          50 West Broad Street, Suite 2117
          Columbus, Ohio 43215
          614-461-0984
          Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing was served upon counsel of record by means of the Court's electronic filing system, and by ordinary mail upon the moving intervenor plaintiffs on this 22nd day of May 2009.

<u>/s/Clifford O. Arnebeck, Jr.</u>