```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

King Lincoln Bronzeville        :
Neighborhood Association,
et al.,                         :

        Plaintiffs,              :

    v.                           :    Case No.  2:06-cv-0745

Kenneth Blackwell, et al.,       :    JUDGE MARBLEY

        Defendants.              :

                              ORDER

   Plaintiffs have moved for leave to file a surreply.  The motion sets forth good cause and the motion (#88) is therefore granted.  The Clerk shall detach and file the surreply attached to the motion.

                              /s/ Terence P. Kemp
                              United States Magistrate Judge