## State of Ohio SOS Server Layout



GovTech Contract FY04 (Election Night).doc

## State of Ohio SOS Server Layout

Internet Cloud

Clear Channel OC3 UUNet Atlanta

Multiple DS3s Sprint, ATT, EPB

Cisco Routers Failover Config

Gigabit Switch Extreme BlackDiamond

Hardware VPN

WebServer

Private Network Switch / Router

SMARTech Shared SQL Server

SOS Oracle Single Processor

MS SQL Partitioned Shared Server

AirNet Group
801 Broad St
Suite 220
Chattanooga, TN 37402
(423) 664-7678

## Database Layout

GovTech Contract FY04 (Election Night).doc