# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **KING LINCOLN BRONZEVILLE** : | |
| **NEIGHBORHOOD ASSOCIATION, et al.,** : | |
| : | Case No. 2:06-CV-00745 |
| Plaintiffs, : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | **Magistrate Judge Terence P. Kemp** |
| **JON HUSTED,** : | |
| : | |
| Defendant. : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the February 7, 2012 Order, this Court finds the Eleventh Amendment precludes subject matter jurisdiction before this Court, and this case is now **DISMISSED** without prejudice.

Date: **February 7, 2012**          **James Bonini, Clerk**

                                s/Betty L. Clark
                             Betty L. Clark/Deputy Clerk